# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| In re: | Calhoun, Johnny W<br>Young-Calhoun, Denise<br>Debtors | § § § § | Case No. 07 B 18449 |
|---|---|---|---|

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Marilyn O. Marshall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 10/08/2007.

2) The plan was confirmed on 12/17/2007.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on (NA).

4) The trustee filed action to remedy default by the debtor in performance under the plan on 03/01/2010 and 08/02/2010.

5) The case was dismissed on 08/02/2010.

6) Number of months from filing or conversion to last payment: 34.

7) Number of months case was pending: 36.

8) Total value of assets abandoned by court order: (NA).

9) Total value of assets exempted: $2,137.00.

10) Amount of unsecured claims discharged without full payment: $0.

11) All checks distributed by the trustee relating to this case have cleared the bank.

UST Form 101-13-FR-S (09/01/2009)

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor | $8,316.47 |
| Less amount refunded to debtor | $303.68 |
| **NET RECEIPTS:** | **$8,012.79** |

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $3,549.00 |
| Court Costs | $0 |
| Trustee Expenses & Compensation | $502.58 |
| Other | $0 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$4,051.58** |

Attorney fees paid and disclosed by debtor   $334.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Illinois Dept of Revenue | Priority | $317.38 | $537.49 | $537.49 | $393.88 | $0 |
| Internal Revenue Service | Priority | $951.10 | $4,867.92 | $4,867.92 | $3,567.33 | $0 |
| Advocate South Suburban Hosp | Unsecured | $1,522.50 | NA | NA | $0 | $0 |
| Alverno Clinical Labs | Unsecured | $41.00 | NA | NA | $0 | $0 |
| Asset Acceptance | Unsecured | $184.00 | NA | NA | $0 | $0 |
| Assoc St James Radiologists | Unsecured | $33.00 | NA | NA | $0 | $0 |
| B-Real LLC | Unsecured | NA | $395.00 | $395.00 | $0 | $0 |
| B-Real LLC | Unsecured | NA | $202.00 | $202.00 | $0 | $0 |
| B-Real LLC | Unsecured | NA | $21.00 | $21.00 | $0 | $0 |
| Balaban Furniture Ltd | Unsecured | $1,526.00 | NA | NA | $0 | $0 |
| Bureau Of Collection Recovery | Unsecured | $1,359.00 | NA | NA | $0 | $0 |
| Cache Inc | Unsecured | $726.00 | NA | NA | $0 | $0 |
| CBCS | Unsecured | $788.00 | NA | NA | $0 | $0 |
| Claims Processing Unit | Unsecured | $750.00 | NA | NA | $0 | $0 |
| Claims Processing Unit | Unsecured | $187.50 | NA | NA | $0 | $0 |
| Col/Debt Collection Systems | Unsecured | $675.75 | NA | NA | $0 | $0 |
| Col/Debt Collection Systems | Unsecured | $2,105.25 | NA | NA | $0 | $0 |

*(Continued)*

**Scheduled Creditors:** *(Continued)*

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Consultants In Pathology | Unsecured | $336.00 | NA | NA | $0 | $0 |
| Credit Acceptance Corp | Unsecured | $4,964.00 | $5,267.56 | $5,267.56 | $0 | $0 |
| Credit Protection Association | Unsecured | $148.00 | NA | NA | $0 | $0 |
| Creditors Collection Bur | Unsecured | $1,052.00 | $1,127.00 | $1,127.00 | $0 | $0 |
| Creditors Collection Bur | Unsecured | $616.00 | NA | NA | $0 | $0 |
| CS | Unsecured | $238.00 | NA | NA | $0 | $0 |
| David L Ellens MD | Unsecured | $202.83 | NA | NA | $0 | $0 |
| Dependon Collection Service | Unsecured | $359.00 | NA | NA | $0 | $0 |
| Dependon Collection Service | Unsecured | $426.00 | NA | NA | $0 | $0 |
| Dependon Collection Service | Unsecured | $760.00 | NA | NA | $0 | $0 |
| Dependon Collection Service | Unsecured | $407.00 | NA | NA | $0 | $0 |
| Dependon Collection Service | Unsecured | $359.00 | NA | NA | $0 | $0 |
| Dependon Collection Service | Unsecured | $901.00 | NA | NA | $0 | $0 |
| Dependon Collection Service | Unsecured | $877.00 | NA | NA | $0 | $0 |
| Dependon Collection Service | Unsecured | $842.00 | NA | NA | $0 | $0 |
| Diversified Collection Service | Unsecured | $149.00 | NA | NA | $0 | $0 |
| Emergency Care Health Organization | Unsecured | $616.00 | NA | NA | $0 | $0 |
| First Consumers National Bank | Unsecured | $315.00 | NA | NA | $0 | $0 |
| GC Services | Unsecured | $137.36 | NA | NA | $0 | $0 |
| Illinois Collection Service | Unsecured | $359.00 | NA | NA | $0 | $0 |
| Illinois Collection Service | Unsecured | $359.00 | NA | NA | $0 | $0 |
| Illinois Collection Service | Unsecured | $618.00 | NA | NA | $0 | $0 |
| Illinois Collection Service | Unsecured | $431.00 | NA | NA | $0 | $0 |
| Illinois Collection Service | Unsecured | $608.00 | NA | NA | $0 | $0 |
| Illinois Collection Service | Unsecured | $444.00 | NA | NA | $0 | $0 |
| Illinois Collection Service | Unsecured | $370.00 | NA | NA | $0 | $0 |
| Illinois Dept Of Employment Security | Unsecured | $2,334.00 | $2,334.00 | $2,334.00 | $0 | $0 |
| Illinois Dept of Revenue | Unsecured | NA | $81.30 | $81.30 | $0 | $0 |
| Ingalls Memorial Hospital | Unsecured | $271.00 | NA | NA | $0 | $0 |
| Internal Revenue Service | Unsecured | $1,623.05 | $11,348.79 | $11,348.79 | $0 | $0 |
| Medical Collections | Unsecured | $30.00 | NA | NA | $0 | $0 |
| Medical Collections | Unsecured | $55.00 | NA | NA | $0 | $0 |
| MRSI | Unsecured | $2,040.00 | NA | NA | $0 | $0 |
| MRSI | Unsecured | $5,626.00 | NA | NA | $0 | $0 |
| MRSI | Unsecured | $1,492.00 | NA | NA | $0 | $0 |
| MRSI | Unsecured | $783.00 | NA | NA | $0 | $0 |
| MRSI | Unsecured | $887.00 | NA | NA | $0 | $0 |

*(Continued)*

UST Form 101-13-FR-S (09/01/2009)

**Scheduled Creditors:** *(Continued)*

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| NCO Financial Systems | Unsecured | $298.00 | NA | NA | $0 | $0 |
| Nicor Gas | Unsecured | $1,736.00 | $1,767.26 | $1,767.26 | $0 | $0 |
| Northwest Collectors | Unsecured | $619.00 | NA | NA | $0 | $0 |
| Oaklawn Radiologist | Unsecured | $43.00 | NA | NA | $0 | $0 |
| Portfolio Recovery Associates | Unsecured | $294.00 | $294.16 | $294.16 | $0 | $0 |
| Portfolio Recovery Associates | Unsecured | NA | $160.95 | $160.95 | $0 | $0 |
| Portfolio Recovery Associates | Unsecured | $726.00 | $726.08 | $726.08 | $0 | $0 |
| Portfolio Recovery Associates | Unsecured | NA | $269.73 | $269.73 | $0 | $0 |
| Professional Account Management | Unsecured | $255.00 | NA | NA | $0 | $0 |
| Resurgent Capital Services | Unsecured | $294.00 | NA | NA | $0 | $0 |
| Suburban Emergency Physician | Unsecured | $75.00 | NA | NA | $0 | $0 |
| Suburban Emergency Physician | Unsecured | $131.78 | NA | NA | $0 | $0 |
| Suburban Emergency Physician | Unsecured | $149.93 | NA | NA | $0 | $0 |
| T Mobile USA | Unsecured | $491.61 | $372.05 | $372.05 | $0 | $0 |
| T Mobile USA | Unsecured | $772.00 | $291.61 | $291.61 | $0 | $0 |
| Trust Receivable Services | Unsecured | $168.00 | NA | NA | $0 | $0 |
| USCB | Unsecured | $206.00 | NA | NA | $0 | $0 |
| West Asset Management | Unsecured | $300.00 | NA | NA | $0 | $0 |
| West Asset Management | Unsecured | $171.00 | NA | NA | $0 | $0 |

| **Summary of Disbursements to Creditors:** | Claim Allowed | Principal Paid | Interest Paid |
|---|---:|---:|---:|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0 | $0 | $0 |
| Mortgage Arrearage | $0 | $0 | $0 |
| Debt Secured by Vehicle | $0 | $0 | $0 |
| All Other Secured | $0 | $0 | $0 |
| **TOTAL SECURED:** | $0 | $0 | $0 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0 | $0 | $0 |
| Domestic Support Ongoing | $0 | $0 | $0 |
| All Other Priority | $5,405.41 | $3,961.21 | $0 |
| **TOTAL PRIORITY:** | $5,405.41 | $3,961.21 | $0 |
| **GENERAL UNSECURED PAYMENTS:** | $24,658.49 | $0 | $0 |

**Disbursements:**

| | |
|---|---:|
| Expenses of Administration | $4,051.58 |
| Disbursements to Creditors | $3,961.21 |
| **TOTAL DISBURSEMENTS:** | $8,012.79 |

UST Form 101-13-FR-S (09/01/2009)

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Date: October 5, 2010        By: /s/ MARILYN O. MARSHALL
                                             Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.